McINTYRE et al., Appellants, v. DAVID, Respondent. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by Thomas H. McIntyre and others against Theophilus David. W. H. Van Ben-

schoten, for appellant. G. J. Sproull, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.